CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 25 2009
JOHN F. CORCORAN, CLERK
BY HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| MITCHELL TYLER, | ) | Civil Action No. 7:09-cv-00174 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN WATSON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **GRANTED** and the case is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

**ENTER:** This 25th day of November, 2009.

Senior United States District Judge